AO 442 (Rev. 12/85) Warrant for Arrest

## United States District Court

FOR THE ___ DISTRICT OF ___ PUERTO RICO

UNITED STATES OF AMERICA

V.

CARLOS R. GARCIA-MARIN

**WARRANT FOR ARREST**

CASE NUMBER: 97-082(SEC)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carlos R. García-Marín
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

aiding and abetting each other, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree together to distribute multi-kilos quantities of cocaine, a Schedule II, Drug Controlled Substance, and heroin, a Schedule I, Drug Controlled Substance;

in violation of Title __21__ United States Code, Section(s) __846__

| Justo Arenas | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| December 17, 1997, at San Juan, Puerto Rico | _[signature]_, Deputy Clerk |
| Title of Issuing Officer | Signature of Issuing Officer |

Bail fixed at $_____ by _____
                                                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/18/97 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/24/00 | DEA | EXECUTED DEA _[signature]_ |

AO 442 (Rev. 12/85) Warrant for Arrest